CROWELL & MORING LLP
Kevin C. Mayer (CSB No. 118177)
Email: kmayer@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone:	415.986.2800
Facsimile:	415.628.5116

Andrew D. Kaplan (*Pro hac vice* application to be filed)
E-mail: akaplan@crowell.com
Rebecca B. Chaney (*Pro hac vice* application to be filed)
E-mail: rchaney@crowell.com
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
Telephone:	202.624.2500
Facsimile:	202.628.5116

*Attorneys for Defendant Cordis Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEANICE GRANT, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CORDIS CORPORATION, et al.,<br><br>                    Defendants. | Case No. 3:16-cv-03083-HSG<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING STIPULATION
TO EXTEND TIME FOR CORDIS' REPLY;
CASE NO. 3:16-CV-03083-HSG

1   On GOOD CAUSE SHOWN, the parties' joint stipulation to extend time for Defendant
2   Cordis Corporation to file its reply brief to its motion to dismiss is GRANTED.  Cordis shall file
3   its reply brief in support of its motion to dismiss on or before July 8, 2016.
4   IT IS SO ORDERED.

6   Dated: July 1, 2016

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING STIPULATION
TO EXTEND TIME FOR CORDIS' REPLY;
CASE NO. 3:16-CV-03083-HSG