# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GEANICE GRANT, et al.         )

        )   Case No: __3:16-cv-03083-HSG__

        Plaintiff(s),      )

        )   **APPLICATION FOR**

    v.         )   **ADMISSION OF ATTORNEY**

        )   **PRO HAC VICE**

CORDIS CORPORATION, et al.    )   (CIVIL LOCAL RULE 11-3)

        )

        Defendant(s).     )

        )

I, __Andrew D. Kaplan__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Cordis Corporation__ in the above-entitled action. My local co-counsel in this case is __Kevin C. Mayer__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004 | Crowell & Moring LLP<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 624-2500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 986-2800 |
| MY EMAIL ADDRESS OF RECORD:<br>akaplan@crowell.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kmayer@crowell.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __473932__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:    July 15, 2016                   */s/ Andrew D. Kaplan*

                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Andrew D. Kaplan__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   7/18/2016

                                     UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C.   20001
202 / 879-2710

I, *JULIO A. CASTILLO*, *Clerk of the District of Columbia Court*

*of Appeals, do hereby certify that*

## ANDREW D. KAPLAN

*was on*   **AUGUST 6, 2001**   *duly qualified and admitted as an*

*attorney and counselor entitled to practice before this Court and is,*

*on the date indicated below, an active member in good standing of*

*this Bar.*

*In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on* **May 11, 2016** .

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk