United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER QUINN, et al., | Case No.  16-cv-03080-WHO |
| Plaintiffs, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CORDIS CORPORATION, | Re: Dkt. No. 29 |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this case and following cases are hereby REFERRED to the Honorable Susan Illston for consideration whether the cases are related to *Dunson, et al. v. Cordis Corp., et al.*, 3:16-cv-03076-SI:

*Resovsky v. Cordis Corp., et al.*, 3:16-cv-03082-EMC

*Grant, et al. v. Cordis Corp., et al.*, 3:16-cv-03083-HSG

*Herbert, et al. v. Cordis Corp., et al.*, 3:16-cv-03085-JST

*Holden, et al. v. Cordis Corp., et al.*, 3:16-cv-03087-TEH

*Oehring, et al. v. Cordis Corp., et al.*, 4:16-cv-03088-JSW

*Barber, et al. v. Cordis Corp., et al.*, 3:16-cv-03086-JD

*Sutton, et al. v. Cordis Corp., et al.*, 3:16-cv-04012-VC

**IT IS SO ORDERED.**

Dated: July 27, 2016

WILLIAM H. ORRICK
United States District Judge